UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23073-CIV-MORENO

DAISY CAMPOS,

    Plaintiff,

vs.

PAZ CON AMOR, INC. and DAYMI M. LINARES,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice **(D.E. 20)**, filed on **November 6, 2015**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice is GRANTED and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ of November 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record